AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>NICHOLAS JAMES SHAW | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>1:22-mj- 119-CL |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 28, 2022___ in the county of ___Jackson___ in the _____ District of ___Oregon___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(1), (a)(2), & (a)(5)(B) | Transportation, Receipt, Distribution, Possession and Access with Intent to View Child Pornography |
| 18 U.S.C. §§ 2252(b)(1) & (2) | Attempt to Transport, Receive, Distribute, Possess and Access with Intent to View Child Pornography |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

S/ Wesley Ellis
*Complainant's signature*

Wesley Ellis, SA, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __11:30__ a.m./p.m.

Date: __6/29/22__

*Judge's signature*

City and state: ___Medford, Oregon___

Mark D. Clarke, U.S. Magistrate Judge
*Printed name and title*